

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-61,280-04

### IN RE NICHOLAS ANTHONY CONNOR, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS CAUSE NO. 30817 IN THE 3RD DISTRICT COURT FROM ANDERSON COUNTY

*Per curiam*.

# O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 3rd District Court of Anderson County on January 19, 2013, but that the application was never forwarded to this Court. On July 23, 2014, this Court denied a habeas application in the same cause number. That application was file-stamped in the district court on May 1, 2014. Relator is apparently referring to a different habeas application, which he allegedly filed in the district court on January 19, 2013.

In these circumstances, additional facts are needed. Respondent, the District Clerk of

Anderson County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, or stating that Relator did not file an application for a writ of habeas corpus in Anderson County until the application file-stamped on May 1, 2014. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: July 29, 2015
Do not publish